IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Vivian Janet Bowman,                :
                                    :
      Plaintiff(s),           :
                                    :    Case Number: 1:15cv290
    vs.                           :
                                    :    Judge Susan J. Dlott
Lynessa Ellis Harrison,             :
                                    :
      Defendant(s).           :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 7, 2015 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 26, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is **DISMISSED** with prejudice. The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the court of Appeals. See *Calliham v. Schneider,* 178 F.3d 800, 806 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

IT IS SO ORDERED.

                                        ___s/Susan J. Dlott_____
                                        Judge Susan J. Dlott
                                        United States District Court